IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-CV-413-BO

| | |
|---|---|
| BOBBY GRAY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) ORDER |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of | ) |
| Social Security, | ) |
| | ) |
| Defendant. | ) |

Plaintiff's counsel filed a motion for approval of attorney's fees under § 206(b) of the Social Security Act (Act), 42 U.S.C. § 406(b), in the amount of $16,160.00. Attorney's fees under section 206(b) of the Act are paid from past-due benefits awarded to a successful claimant. 42 U.S.C. § 406(b). The Commissioner generally withholds 25% of the past-due benefits owed to a claimant to pay potential attorney's fees, and an attorney may receive up to 25% of the past-due benefits. *Id.* Defendant filed a response, stating that under *Gisbrecht v. Barnhart*, 535 U.S. 789 (2002) it is the duty of the court to determine a reasonable fee.

It is ORDERED that Plaintiff's counsel be awarded fees under 42 U.S.C. § 406(b) in the amount of $16,160.00

SO ORDERED, this 24 day of September, 2015.

Terrence W. Boyle
United States District Judge

1